Jyoti M. Halsband/030141997
COTTRELL SOLENSKY, P.A.
550 Broad Street, Suite 1000
Newark, New Jersey 07102
Phone: (973) 643-1400
Fax (973) 643-1900
Attorneys for Defendants,
WALMART STORES, INC.,
WALMART STORES EAST, INC.,
WALMART STORES EAST L.P. i/p/a
WALMART STORES EAST I, L.P. and
WALMART ASSOCIATES, INC.

| | |
|---|---|
| MARTA O. GARCIA and FABIAN J. MEIJA, HUSBAND AND WIFE,<br><br>                    Plaintiff(s),<br><br>v.<br><br>WALMART, INC.; WALMART STORES INC.; WAL MART STORES, INC.; EAST INC.; WAL MART STORES EAST INC.; WAL-MART STORES EAST I, LP; WALMART ASSOCIATES INC.; WALMART STORE NUMBER 3562; JOHN DOE 1-5; MARY DOE 1-5 AND/OR DOE CORPORATION 1-5,<br><br>                    Defendant(s) | SUPERIOR COURT OF NEW JERSEY LAW DIVISION – PASSAIC COUNTY<br><br>   DOCKET NO.:   PAS-L-1219-17<br><br>          Civil Action<br><br><br>       NOTICE OF REMOVAL |

TO:  Clerk, Superior Court of New Jersey
Passaic County Courthouse
77 Hamilton Street
Paterson, NJ 07505

Law Offices of James C. DeZao, PA
322 Route 46 West, Suite 120
Parsippany, NJ 07054
Attorneys for Plaintiffs

**PLEASE TAKE NOTICE** that annexed hereto is a true copy of the

Petition for Removal which was filed in this action in the United

States District Court for the District New Jersey pursuant to 28 U.S.C. § 1441 and 1446 on May 3, 2017.

**PLEASE TAKE FURTHER NOTICE**, that said filing, together with the filing and service of this Notice, has effected the removal of this action to the United States District Court for the District of New Jersey pursuant to 28 U.S.C. § 1446, and no further proceedings with respect to this action can take place in this Court.

Attached hereto as **Exhibit A** is a true and correct copy of all pleadings and process filed in this action in the Superior Court of New Jersey, Passaic County, Paterson, New Jersey, under Docket No. PAS-L-1219-17. This Notice of Removal is being concurrently filed with the United States District Court of the District of New Jersey. A copy of this application in its entirety is being forwarded to Law Offices of James C. DeZao, PA, attorneys for the Plaintiffs MARTA O. GARCIA AND FABIAN J. MEIJA, via first class mail.

> **COTTRELL SOLENSKY, P.A.**
> Attorneys for Defendants
> WALMART STORES, INC., WALMART STORES
> EAST, INC., WALMART STORES EAST L.P.
> i/p/a WALMART STORES EAST I, L.P. and
> WALMART ASSOCIATES, INC.
>
> By: _____
>          Jyoti M. Halsband, Esq.

Dated:   May 4, 2017